[No. 39702-8-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU JAMES CURRIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00355-3, Steven G. Scott, J., entered December 4, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39817-2-I.    Division One.    March 2, 1998.]

In the Matter of the Marriage of RICHARD J. BLANGIARDI, *Respondent*, and KATHLEEN BLANGIARDI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-09088-8, Harry R. Slusher, J. Pro Tem., and William L. Downing, J., entered September 20 and November 27, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 39851-2-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE CATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06209-6, Faith Enyeart Ireland, J., entered December 6, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39915-2-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL G. LORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00395-5, Michael E. Rickert, J., entered December 13, 1996. *Affirmed* by unpublished per curiam opinion.